IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| JESSE FRED REECE, SR., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:16-cv-00056-O |
| § | |
| ALCOA POWER and § | |
| HOWMET CORPORATION, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* Findings, Conclusions, and Recommendation ("FCR"), May 26, 2017, ECF No. 50. Plaintiff Jesse Fred Reece, Sr. filed a document on June 9, 2017, that the Court liberally construes as an objection to the FCR. *See* Pl.'s Obj., ECF No. 51. The Magistrate Judge recommends that the Court grant Defendants' Motion for Summary Judgment. *See* FCR, ECF No. 50. Plaintiff's purported objection does not make clear what specific portion of the FCR is objectionable, but the Court has concluded a de novo review of the entire proposed findings and recommendation. The Court finds that the Findings, Conclusions, and Recommendation in this case (ECF No. 50) is correct and is hereby **ACCEPTED** as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff Jesse Fred Reece, Sr.'s Objections (ECF No. 51) are hereby **OVERRULED** and Defendants' Motion for Summary Judgment (ECF No. 33) is hereby **GRANTED**. A final judgment will issue by separate order.

**SO ORDERED** on this **16th day** of **June, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE